## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

**THOMAS A. STOKES**                      §

**VS.**                                   §               **CIVIL ACTION NO. 5:09cv150**

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**               §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate

Judge which contains her proposed findings of fact and recommendations for the disposition of such

action has been presented for consideration. No objections to the Report and Recommendation were

filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are

correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the

findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **AFFIRMED**.

It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is

**VACATED**.

**It is SO ORDERED.**

**SIGNED this 2nd day of November, 2012.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE